1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ADAM A. REEVES (DCB 429112)
   Assistant United States Attorney
5
   450 Golden Gate Ave (11th Floor)
6  San Francisco, CA 94102
   Telephone: (415) 436-7200
7
   Attorneys for the United States
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | UNITED STATES OF AMERICA,    )   CRIMINAL NO. 3 08 70127
                                  )
13 |     Plaintiff,                )
                                  )   NOTICE OF PROCEEDINGS ON JCS
14 |     v.                       )   OUT-OF-DISTRICT CRIMINAL
                                  )   CHARGES PURSUANT TO RULES
15 | LOUIS A. CRITCHLOW,          )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                  )   OF CRIMINAL PROCEDURE
16 |     Defendant.                )
                                  )
17 |_____)

18      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

19 Procedure that, on March 4, 2008, the above-named defendant was arrested based upon an arrest

20 warrant (copy attached) issued upon an Indictment (copy attached) pending in the District of

21 Nebraska, Case Number 8:02CR.

22      In that case, the defendant is charged with a violation(s) of Title 21 United States Code,

23 Section(s) 841(a)(1) and 841(b)(1).

24 ///
25 ///
26 ///
27 ///
28 ///

1

1 | Description of Charges: Possession with intent to distribute more than 50 grams of
2 | methamphetamine.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Date: March 5, 2008

_____
Adam A. Reeves
Assistant U.S. Attorney

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

FOR THE DISTRICT OF NEBRASKA  637100

0747-0222-0352-S

UNITED STATES OF AMERICA
v.
CAROL A. FRAZIER and
LOUIS A. CRITCHLOW

**WARRANT FOR ARREST**

CASE NUMBER: 8:02CR- 49

To: The United States Marshal
and any Authorized United States Officer

16:08 FEB 22 '02 USANE

YOU ARE HEREBY COMMANDED to arrest ___LOUIS A. CRITCHLOW___
                                              Name

and bring him forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him with (brief description of offense)

- Possession with intent to distribute methamphetamine

in violation of Title ___21___ United States Code, Section(s) ___841___

| GARY D. McFARLAND | CLERK OF COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | FEB 21 2002   Omaha, NE |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $_____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

03/02/2008 16:28  14154367669  US MARSHALS SF  PAGE 03/03
03/01/2008 13:26  4154367621  SF ENFORCEMENT  PAGE 03/04
TOTAL P.03

W ___ S ___ NP ___

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 8:02CR |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| CAROL A. FRAZIER, ) | (21 U.S.C. § 841(a)(1) |
| LOUIS A. CRITCHLOW, ) | 21 U.S.C. § 841(b)(1)) |
| ) | |
| Defendants. ) | |

The Grand Jury charges:

### COUNT I

On or about October 25, 2001, in the District of Nebraska, the Defendants, CAROL A. FRAZIER and LOUIS A. CRITCHLOW, did knowingly and intentionally possess with the intent to distribute more than 50 grams of methamphetamine, (actual) its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
MICHAEL G. HEAVICAN
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
KIMBERLY C. BUNJER
Special Assistant U.S. Attorney

4022318006  F.003
SEP-13-2007 18:50  USMS: DISTRICT OF NEBRASKA