AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

MAR -7 PM 2: 57

| UNITED STATES OF AMERICA | | **COMMITMENT TO ANOTHER** |
| V. | | **DISTRICT** |
| LOUIS A. CRITCHLOW | | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. Dist. Of CA | District of NE | 3-008-70127 JCS | 8:02 CR 49 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
    X Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    21    **U.S.C. §**   841 (a)(1) and 841(b)(1)

**DISTRICT OF OFFENSE**
District of Nebraska

**DESCRIPTION OF CHARGES:**

Possession with Intent to Distribute Methamphetamine

**CURRENT BOND STATUS:**

    ☐ Bail fixed at            and conditions were not met
        ☐ Government moved for detention and defendant detained after hearing in District of Arrest
    ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
    X Other (specify)    Govt moved for Dtn; Dft waived his Identity Hearing and Detention Hearing.
        Bond, if any, shall be transferred to the District of Offense

**Representation:**    ☐ Retained Own Counsel    ☐ Federal Defender Organization    X CJA Attorney    ☐ None

**Interpreter Required?**    X No    ☐ Yes    Language:

## NORTHERN DISTRICT OF CALIFORNIA

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

JOSEPH C. SPERO

March 7, 2008
       Date                 United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |