**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

8:02CR49

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 13, 2008

U.S. District Court

593 Federal Building
100 Centennial Mall North
Lincoln, NE 68508-3803

| | |
|---|---|
| Case Name: | US-v- Louis A. Critchlow |
| Case Number: | 3-08-70127 MAG |
| Charges: | 21:841(a)(1) and 841(b)(1) |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Spero . The following action has been taken:

(X)     The U.S. Marshal has been ordered to remove this defendant
to your district forthwith.

( )     The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

Received 3/17/2008.
Deb Doney
Case Management Specialist

Enclosures
cc: Financial Office

by: Valerie Kyono
Case Systems Administrator